JUSTIN X. WANG (CSB #166183)
**BAUGHMAN & WANG**
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile: (415) 576-9929

Attorney for Plaintiff
MEI YONG HUANG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEI YONG HUANG, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; <br> CHRISTINA POULOS, Director, U.S.C.I.S. California Service Center <br><br> Defendants. | Case No.: CV 08 2395 <br><br> **COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS** <br><br> "Immigration Case" |

Plaintiff Mei Yong HUANG by and through her undersigned attorney, sues Defendants and states as follows:

1. This action is brought against the Defendants to compel action on the Immigrant Petition for Relative Fiance(E), or Orphan (Form I-130), properly filed by the Plaintiff. The petition remains within the jurisdiction of the Defendants, who have improperly withheld action on said petition to Plaintiff's detriment.

### PARTIES

2. Plaintiff Mei Yong HUANG is a U.S. Citizen. While still a U.S. Permanent Resident, Plaintiff Mei Yong HUANG filed an I-130 with the USCIS California Service Center on behalf of her husband Zhuo Hui MEI on March 12, 2007 (**Exhibit 1: Receipt of the I-130 petition**).

3. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security (DHS), and this action is brought against him in her official capacity. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the DHS  8 U.S.C. 1103(a); 8 C.F.R. 2.1.

4. Defendant Christina Poulos, California Service Center Director, is an official of the USCIS generally charged with supervisory authority over all operations of the USCIS within her state with certain specific exceptions not relevant here. 8 C.F.R. §100.2(d)(2)(ii). As will be shown, Defendant Director is the official with whom Plaintiff's I-130 Petition remains pending.

## JURISDICTION

5. Jurisdiction in this case is proper under 28 USC §§1331 and 1361, 5 USC §701 *et seq.*, and 28 USC §2201 *et seq.* Relief is requested pursuant to said statutes.

## VENUE

6. Venue is proper in this court, pursuant to 28 USC §1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where the Plaintiff resides if no real property is involved in the action.

## EXHAUSTION OF REMEDIES

7. Plaintiff has exhausted her administrative remedies.

## CAUSE OF ACTION

8. Plaintiff Mei Yong HUANG is a U.S. Citizen. While still a U.S. Permanent Resident, Plaintiff Mei Yong HUANG filed an I-130 with the USCIS California Service Center on behalf of her husband Zhuo Hui MEI, on March 12, 2007 (**Exhibit 1: I-130 Receipt**). On October 10, 2007, Plaintiff became a U.S. Citizen (**Exhibit 2: Certificate of Naturalization**). Service records also indicate that the status of the petitioner, Plaintiff Mei Yong HUANG, is USC

(**Exhibit 3: Email from the USCIS**). On November 13, 2007, Plaintiff Mei Yong HUANG filed another I-130 for their daughter Jinfeng HUANG (**Exhibit 4: I-130 Receipt**).

9. According to Service Center Processing Dates for California posted on April 15, 2008, California Service Center is currently processing I-130 petitions filed by U.S. citizen on August 19, 2007 (**Exhibit 5: California Service Center Processing Dates Posted April 15, 2008**). As of today's date, Plaintiff Mei Yong HUANG has not heard any news from the USCIS regarding her petition for her husband Zhuo Hui MEI.

10. Plaintiff Mei Yong HUANG's I-130 petition has now remained pending for almost fourteen months from the date of initial filing.

11. Defendants' refusal to act in this case is, as a matter of law, arbitrary and not in accordance with the law. Defendants unreasonably have delayed and have refused to adjudicate Plaintiff Mei Yong HUANG's I-130 petitions for almost fourteen months from the date of initial filing, thereby depriving her of the right to a decision on her petitions and the peace of mind to which Plaintiff is entitled.

12. Plaintiff has been damaged by the failure of Defendants to act in accord with their duties under the law.

    (a) Plaintiff has been damaged by simply being deprived of the adjudication of her I-130 petition for almost fourteen months. Plaintiff has also been unable to plan or pursue a future course of action in the United States due to the pendency of her husband's and their daughter's immigrant visa applications.

13. The Defendants, in violation of the Administrative Procedures Act, 5 USC §701 *et seq.*, are unlawfully withholding or unreasonably delaying action on Plaintiff Mei Yong HUANG's I-130 petition, and have failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case.

## PRAYER

14. WHEREFORE, in view of the arguments and authority noted herein, Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

   (a) requiring Defendants to expeditiously adjudicate Plaintiff Mei Yong HUANG's I-130 petition;

   (b) awarding Plaintiff reasonable attorney's fees under the Equal Access to Justice Act;

   (c) granting such other relief at law and in equity as justice may require.

Dated:   May 7, 2008

Respectfully submitted,

_____
Justin X. Wang, Esq.
Attorney for Plaintiff

**CERTIFICATION OF INTERESTED ENTITIES OR PERSON**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 7, 2008                                Respectfully submitted,

_____
Justin X. Wang, Esq.
Attorney for Plaintiff

Case No.:
PLAINTIFFS' ORIGINAL COMPLAINT                    5  F:\LING MIAO\Mandamus\I-130\HUANG, Mei Yong\Complaints.wpd

# LIST OF ATTACHMENTS

| Exhibit | Description |
|---|---|
| 1 | Receipt of I-130 for Zhuo Hui Mei, Plaintiff's Husband |
| 2 | Plaintiff's Certificate of Naturalization |
| 3 | Email from the USCIS |
| 4 | Receipt of I-130 for Jinfeng Huang, Plaintiff's Daughter |
| 5 | California Service Center Processing Dates Posted April 15, 2008 |

Ex. 1

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797, Notice of Action

## THE UNITED STATES OF AMERICA

| | |
|---|---|
| **RECEIPT NUMBER** WAC-07-115-51860 | **CASE TYPE** I130 IMMIGRANT PETITION FOR RELATIVE, FIANCE(E) OR ORPHAN |
| **RECEIVED DATE** March 12, 2007    **PRIORITY DATE** | **PETITIONER** A047 604 075 HUANG, MEI YONG |
| **NOTICE DATE** March 15, 2007    **PAGE** 1 of 1 | **BENEFICIARY** MEI, ZHUO HUI |

CLIFFORD Y. WANG ESQ
LAW OFFICES OF CLIFFORD Y WANG ESQ
RE: MEI YONG HUANG
1330 BROADWAY STE 1038
OAKLAND CA 94612

Notice Type: Receipt Notice

Amount received: $ 190.00

Section: Husband or wife of permanent resident, 203(a)(2)(A) INA

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case. You can check our current processing time for this kind of case on our website at www.uscis.gov. On our website you can also sign up to get free e-mail status updates as we complete key processing steps on this case. Most of the time your case is pending the processing status will not change because we will be working on others filed earlier. We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move. Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update. If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

**If this receipt is for an I-485, or I-698 application** - USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken. You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing. This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

**WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT-**
Please bring your biometrics appointment letter (with specific time, date and place where you will have your fingerprints and/or photo taken) AND your photo identification to your biometrics appointment.
Acceptable kinds of photo identification are: a passport or national photo identification issued by your country, a drivers license, a military photo identification, or a state - issued photo identification card.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

This receipt notice provides notification of the date that your application/petition was received by USCIS. This receipt notice does NOT grant any immigration status or benefit. You may not present this receipt notice as evidence that you have been granted any immigration status or benefit. In addition, this receipt notice does not constitute evidence that your application remains pending with USCIS i.e., that a decision to grant or deny your application/petition has not yet been made. The current status of your application/petition must be verified with USCIS.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283



Form I-797 (Rev. 01/31/05) N

Ex.2

# THE UNITED STATES OF AMERICA

## CERTIFICATE OF NATURALIZATION

No. 30790712

*Petition No.* A047604075

*Personal description of holder as of date of naturalization:*
*Date of birth:* OCTOBER 23, 1968
*Sex:* FEMALE
*Height:* 5 feet 1 inches
*Marital status:* MARRIED
*Country of former nationality:*
CHINA, PEOPLE'S REPUBLIC OF

*I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.*

(Complete and true signature of holder)

*Be it known that, pursuant to an application filed with the Secretary of Homeland Security*

*at:* SAN FRANCISCO, CALIFORNIA

*The Secretary having found that*

**MEI YONG HUANG**

*then residing in the United States, intends to reside in the United States when so required by the Naturalization Laws of the United States, and had in all other respects complied with the applicable provisions of such naturalization laws, and was entitled to be admitted to citizenship, such person having taken the oath of allegiance in a ceremony conducted by the*

**US CITIZENSHIP AND IMMIGRATION SERVICES**

*at:* SAN FRANCISCO, CALIFORNIA    *on:* OCTOBER 10, 2007

*their such person is admitted as a citizen of the United States of America.*

*Director, U.S. Citizenship and Immigration Services*

IT IS PUNISHABLE BY U.S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.

FORM N-550 REV. 4/05

Ex 3

Clifford Wang                                                                    4H-391-8835 Fax

| | |
|---|---|
| From: | CSC XII 130 [csc-xii.130@dhs.gov] |
| Sent: | Monday, April 21, 2008 9:03 AM |
| To: | Clifford Wang |
| Subject: | RE: WAC 07 115 51860, Petitioner Mei Yong Huang, A47 604 075, Beneficiary Zhuo Hui Mei |

Service records indicate that the status of the petitioner is USC.

Officer Hopkins
California Service Center
Please enter the receipt number in the Subject line above when sending inquiries.

The status of the case, processing dates, addresses and necessary information can be found on line at www.USCIS.gov. Under "Check Case Status", enter the receipt number i.e. WAC. You can also sign up to be notified of any changes occurring with this petition. The National Customer Service is available at 1-800-375-5283 Monday through Friday, 8:00 AM to 5:00 PM, PST.

-----Original Message-----
From: Clifford Wang [mailto:wanglaw@mindspring.com]
Sent: Friday, April 18, 2008 10:57 AM
To: 'CSC XII 130'
Subject: RE: WAC 07 115 51860, Petitioner Mei Yong Huang, A47 604 075, Beneficiary Zhuo Hui Mei

Dear Officer Hopkins:

Thank you for your response to my inquiry.

Even though the case is pending the background check, is there any reason there has been no confirmation of the upgrade request being received?
If
possible it would be great if I could receive confirmation of the receipt of the upgrade request that I faxed in on 2/13/08.

My fax number as I typed on the upgrade request is 510-832-2791.

Clifford Y. Wang, Esq.
wanglaw@mindspring.com

Law Offices of Clifford Y. Wang
1330 Broadway, Ste. 1038
Oakland, CA 94612
510-832-2883

-----Original Message-----
From: CSC XII 130 [mailto:csc-xii.130@dhs.gov]
Sent: Tuesday, April 15, 2008 12:59 PM
To: Clifford Wang
Subject: RE: WAC 07 115 51860, Petitioner Mei Yong Huang, A47 604 075, Beneficiary Zhuo Hui Mei

The processing of this case has been delayed as USCIS is currently awaiting the results of required security checks. These background checks are required of all who apply for the immigration benefit you are [your client is seeking]. USCIS will make every effort to make a decision on this case as soon as the security checks are complete. If you do [your client does] not receive a decision or other notice of action from us within 6 months of ... feel free to contact us.

...pkins
Ca... ...rnia Service Center
...ter the receipt number in the Subject line above when sending inquiries.

1

Ex. 4

Case 3:08-cv-02395-MHP    Document 1    Filed 05/09/2008    Page 13 of 19

# THE UNITED STATES OF AMERICA

| Receipt Number: | Case Type: |
|---|---|
| WAC-08-109-21339 | I-130 - Petition for Alien Relative |

| Received Date: November 13, 2007 | Priority Date: | Petitioner: A047604075 HUANG, MEI YONG |
|---|---|---|
| Notice Date: January 22, 2008 | Page 1 OF 1 | Beneficiary: HUANG, JINFENG |

MEI YONG HUANG
1327 LEAVENWORTH ST APT 108
SAN FRANCISCO CA 94109

| Notice Type: | Receipt Notice |
|---|---|
| Amount Received: | $355.00 |
| Section: | Unmarried child (under age 21) of U.S. Citizen, 201(b) INA |

Receipt Notice - This notice confirms that USCIS received your application or petition ("this case") as shown above. If any of the above information is incorrect, please immediately call 800-375-5283 to let us know. This will help avoid future problems.

This notice does not grant any immigration status or benefit. It is not even evidence that this case is still pending. It only shows that the application or petition was filed on the date shown.

**Processing Time** - Processing times vary by kind of case. You can check our website at www.uscis.gov for our current processing times for this kind of case at the particular office to which this case is or becomes assigned. At our website's "case status online" page, you can also view status or sign up to receive free e-mail updates as we complete key processing steps in this case. During most of the time this case is pending, however, our systems will show only that the case has been received, and the processing status will not have changed, because we were working on other cases that were filed earlier than this one. We will notify you by mail, and show in our systems, when we make a decision on this case or if we need something from you. If you do not receive an initial decision or update from us within our current processing time, check our website or call 800-375-5283. Please save this notice and any other notice we send you about this case, and please make and keep a copy of any papers you send us by any means, along with any proof of delivery to us. Please have all these papers with you if you contact us about this case.

**If this case is an I-130 Petition** - Filing and approval of a Form I-130, Petition for Alien Relative, is only the first step in helping a relative immigrate to the United States. The beneficiaries of a petition must wait until a visa number is available before they can take the next step to apply for an immigrant visa or adjustment of status to lawful permanent residence. To best allocate resources, USCIS may wait to process forms I-130 until closer to the time when a visa number will become available, which may be years after the petition was filed. Nevertheless, USCIS processes forms I-130 in time not to delay relatives ability to take the next step toward permanent residence once a visa number does become available. If, before final action on the petition, you decide to withdraw your petition, your family relationship with the beneficiary ends, or you become a U.S. citizen, call 800-375-5283.

**Applications requiring biometrics** - In some types of cases USCIS requires biometrics. In such cases, USCIS will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must WAIT for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are: a passport or national photo identification issued by your country, a drivers license, a military photo identification, or a state issued photo identification card. If you receive more than one ASC application notice, even for different cases, take them both to the first appointment.

**If your address changes** - If your mailing address changes while your case is pending, call 800-375-5283 or use the "Online Change of Address" function on our website. Otherwise, you might not receive notice of our action on this case.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. Citizenship and Immigration Services
USCIS California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111



1009480    0100948008

Form I-797C (Rev. 01/31/05) N

Case 3:08-cv-02395-MHP     Document 1     Filed 05/09/2008     Page 15 of 19

Ex. J



Home   Contact Us   Site Map   FAQ

Search 

Advanced Search

Services & Benefits  Immigration Forms  Laws & Regulation   About USCIS   Education & Resou   Press Room

Print This Page    Back

# U.S. Citizenship and Immigration Services
# California Service Center Processing Dates
# Posted April 15, 2008

The processing times shown below are a tool for our customers to gauge our current processing times. When applications and petitions are completed within our target timeframes, that goal will be shown in the data display.

The processing times shown below are for applications that have just been completed. If you have just filed your application, these timeframes may not reflect how long your application will take to be completed. We encourage you to check this page periodically before inquiring about your case. The processing times are updated monthly.

USCIS has received a significant increase in the number of applications filed. In July and August, nearly 2.5 million applications and petitions of all types were received. This compares to 1.2 million applications and petitions received in the same time period last year. This fiscal year, we received 1.4 million applications for naturalization; nearly double the volume we received the year before. The agency is working to improve processes and focus increased resources, including hiring approximately 1,500 new employees, to address this workload.

As a result, average processing times for certain application types may be longer. In particular, naturalization applications filed after June 1, 2007 may take approximately 13-15 months to process.

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our customer guide –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

Service Center Processing Dates for **California Service Center** Posted April 15, 2008

| Form | Title | Classification or Basis for Filing | Processing Timeframe |
|---|---|---|---|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | August 13, 2006 |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | January 16, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | February 15, 2008 |
| | | | |

| | | | |
|---|---|---|---|
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | February 15, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | February 15, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | March 31, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | March 16, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | February 15, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | E - Treaty traders and investors | February 15, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | March 16, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | February 15, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | February 15, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | February 15, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | February 15, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | February 15, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | February 15, 2008 |
| I-129F | Petition for Alien Fiance(e) | K-1/K-2 - Not yet married - fiance and/or dependent child | October 08, 2007 |
| I-129F | Petition for Alien Fiance(e) | K-3/K-4 - Already married - spouse and/or dependent child | October 08, 2007 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a spouse, parent, or child under 21 | August 19, 2007 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for an unmarried son or daughter over 21 | January 17, 2003 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a married son or daughter over 21 | April 30, 2001 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a brother or sister | April 30, 2001 |
| I-130 | Petition for Alien Relative | Permanent resident filling for a spouse or child under 21 | January 01, 2005 |
| I-130 | Petition for Alien Relative | Permanent resident filling for an unmarried son or daughter over 21 | February 07, 2005 |
| I-131 | Application for Travel Document | All other applicants for advance parole | September 14, 2007 |
| I-212 | Application for Permission to Reapply for Admission into the U.S. After | Readmission after deportation or removal | October 18, |

| | | Deportation or Removal | 2007 |
|---|---|---|---|
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | September 08, 2007 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | October 18, 2007 |
| I-526 | Immigrant Petition By Alien Entrepreneur | For use by an entrepreneur who wishes to immigrate to the United States | September 13, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | January 16, 2008 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | January 16, 2008 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | January 16, 2008 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | January 16, 2008 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | January 16, 2008 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | January 16, 2008 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | January 16, 2008 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | January 16, 2008 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | June 02, 2007 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | October 18, 2007 |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | January 29, 2008 |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | March 16, 2008 |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | January 29, 2008 |
| I-765 | Application for Employment Authorization | Based on TPS for Honduras/Nicaragua [(c)(19), (a)(12)] | January 29, 2008 |
| I-765 | Application for Employment Authorization | Based on TPS for El Salvador [(c)(19)(a)(12)] | January 29, 2008 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | January 29, 2008 |
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | July 08, 2007 |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | October 18, 2007 |

| I-829 | Petition by Entrepreneur to Remove Conditions | Removal of lawful permanent resident conditions (immigrant investors) | October 18, 2007 |
| I-829 | Petition by Entrepreneur to Remove Conditions | Removal of lawful permanent resident conditions (immigrant investors) based on PL107-273 | September 10, 1997 |

Print This Page    Back

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security