1  JUSTIN X. WANG (CSB #166183)
   **BAUGHMAN & WANG**
2  111 Pine Street, Suite 1350
   San Francisco, California 94111
3  Telephone: (415) 576-9923
   Facsimile: (415) 576-9929
4
   Attorney for Plaintiff
5  Mei Yong HUANG;

6              UNITED STATES DISTRICT COURT

7            NORTHERN DISTRICT OF CALIFORNIA

8
   Mei Yong HUANG;                    )
9                                      )   Case No.: **C08-2395 MHP**
                                       )
10              Plaintiff              )   **NOTICE OF VOLUNTARY**
                                       )   **DISMISSAL**
11   vs.                               )
                                       )
12   MICHAEL CHERTOFF, Secretary of the )
     Department of Homeland Security;  )
13   CHRISTINA POULOS, Director, U.S.C.I.S. )
     California Service Center          )
14                                      )
                Defendants.            )   "Immigration Case"
15   _____)

16

17      NOTICE IS HEREBY GIVE that pursuant to Fed.R.Civ.Pro.41(a), plaintiff voluntarily

18   dismisses the above-captioned action without prejudice.

19

20   Dated:    July 2, 2008                      Respectfully submitted,

21

22

23                                                      /S/
                                               _____
24   IT IS SO ORDERED                          Justin X. WANG, Esq.
                                               Attorney for Plaintiff
25

26   Judge Marilyn H. Patel

27

28

Case No.: C08-2395 MHP
Notice of Voluntary Dismissal                F:\LING MIAO\Mandamus\I-130\HUANG, Mei Yong\Voluntary Dismissal.wpd